**Order filed March 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00522-CV
_____

### GINA LUSK, Appellant

### V.

### IGNACIO OSORIO, ADRIANA OSORIO, BRENDA ACRA, CHAMPION REAL ESTATE GROUP, LLC & JOHN MACAN, Appellees

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-53814A**

---

## ORDER

On February 21, 2019, appellant filed a motion for leave to file a supplemental brief. Along with her motion, appellant filed a supplemental brief. Because we denied appellant's request for leave to file a supplemental brief, we issue this order striking appellant's supplemental brief.

PER CURIAM